UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


FILED by SSJ D.C.
CT. REP.
FEB 2 2 1999
CARLOS JUENKE
CLERK U.S. DIST. CT
S.D. OF FLA. MIAMI

THE UNITED STATES OF AMERICA,

                Plaintiff,

  vs.

LATRESHA MAIR,

                Defendant.

Case 98-443-CR-GOLD

MIAMI, FLORIDA
SEPTEMBER 23, 1998

TRANSCRIPT OF PLEA COLLOQUY
BEFORE THE HONORABLE ALAN S. GOLD,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    YVONNE RODRIGUEZ-SCHACK, A.U.S.A.
    99 N.E. 4th Street
    Miami, FL  33132 - 305/961-9014

FOR THE DEFENDANT:

    DARYL WILCOX, A.F.P.D.
    *Federal Public Defender's Office*
    150 West Flagler Street
    Miami, FL  33130 - 305/530-7000

REPORTED BY:

    JOSEPH A. MILLIKAN, RPR-CM-NSC-FCRSC
    Official United States Court Reporter
    Federal Courthouse Square, Ste. 1004
    301 North Miami Avenue
    Miami, FL  33128-7792 - 305/523-5588
                  (Fax) 305/536-5043
      WWW:  76532.1112@CompuServe.com

TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION