UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-443-CR-GOLD



UNITED STATES OF AMERICA,

    Plaintiff,

v.

LATRESHA DENESE MAIR,

    Defendant.

_____/

### UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant, LATRESHA DENESE MAIR, through counsel, respectfully moves that this Court terminate the remainder of the supervised release portion of her sentence, and in support of the motion, Ms. Mair, states:

1. On December 8, 1998, this Court sentenced Ms. Mair to 46 months imprisonment, followed by 3 years of supervised release.

2. In July 2001, Ms. Mair was released from imprisonment and began serving the supervised release portion of her sentence.

3. Ms. Mair's probation officer, Carlos Sheppard, advises that Ms. Mair has thus far successfully completed all the conditions of her supervised release and takes no position as to whether the Court should terminate the remaining period of supervised release.

4. The undersigned has contacted Assistant United States Attorney Yvonne Rodriguez-Schack, the attorney who handled this matter for the government, and Ms. Schack takes no position as to whether the Court should early terminate the supervised release portion of Ms. Mair's sentence.



5.  Ms. Mair wishes to remind the court that prior to the instant offense, she had no previous contact with the criminal justice system. In addition, Ms. Mair wishes to advise the court that she received no disciplinary incident reports during her imprisonment.

6.  Ms. Mair has been gainfully employed since commencing her term of supervised release.

7.  The Court may terminate a term of supervised release and discharge the defendant at any time after one year of supervised release if the Court is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice. See 18 U.S.C. § 3583(e).

8.  Congress intended supervised release to assist individuals in their transition to community life after the service of a long prison sentence, and to fulfill rehabilitative ends distinct from incarceration. See Johnson v. United States, 529 U.S. 53, 59, 120 S. Ct. 1114, 1118-19 (2000).

9.  Ms. Mair has been on supervised release for over one year and has completed over 50% of her supervised release term. Her supervised release is scheduled to terminate in July 2004. Mr. Mair respectfully submits that she has been successfully rehabilitated and poses no danger to the community. Accordingly, Ms. Mair is requesting that the Court terminate the remaining portion of her term of supervised release.

WHEREFORE, Defendant, Latresha Mair, through undersigned counsel, respectfully requests that the Court terminate her term of supervised release.

> KATHLEEN WILLIAMS
> FEDERAL PUBLIC DEFENDER
>
> By: _____
> FoR  Daryl E. Wilcox
> Assistant Federal Public Defender
> Florida Bar No. 838845
> One East Broward Blvd., Suite 1100
> Ft. Lauderdale, Florida 33301
> (954) 356-7436 / FAX (954) 356-7556

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 31st day of December, 2002 to Yvonne Rodriguez-Schack, Assistant United States Attorney at 99 N.E. 4th Street, Miami, Florida. and Carlos Sheppard, United States Probation Officer, Post Office Box 4790, Jacksonville, Florida, 32201.

FOR _____
Daryl E. Wilcox