UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 98-443-CR-GOLD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LATESHA DENESE MAIR,

        Defendant.
_____/

**ORDER DENYING MOTION**

FILED by _____ D.C.
FEB 1 4 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

This matter came before the Court pursuant to the Defendant's unopposed motion for early termination of supervised release, filed December 31, 2002.

On February 14, 2003, the Court conducted a telephonic hearing pursuant to the defendant's motion referenced herein. Based on the matters presented, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's unopposed motion for early termination of supervised release **[D.E. #41]** is hereby **denied**.

**DONE AND ORDERED** at Miami, Florida, this ___14___ day of February, 2003.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    AUSA Yvonne Rodriguez-Schack

       Daryl E. Wilcox, AFPD (Ft. Lauderdale Division)

       Carlos Sheppard, U.S. Probation Officer
       Post Office Box 4790
       Jacksonville, Florida 32201

       Latresha Denese Mair
       1230 East 7th Street, #48
       Jacksonville, Florida 32206